IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHASE HASTY                                                                              PLAINTIFF

v.                                          No: 4:20-cv-00639-LPR

BILL GILKY                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Chase Hasty's Complaint is dismissed without prejudice.

IT IS SO ADJUDGED 26th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE